■ In the Matter of ISAAC ROSENBLOOM, as Executor of ABRAHAM ROSENBLOOM, Deceased, Respondent-Appellant, v ROBERT Z. SROGI, as Commissioner of Assessment of the City of Syracuse, Appellant-Respondent. In the Matter of the Estates of ISAAC ROSENBLOOM and Two Others, Deceased, Respondents-Appellants, v ROBERT Z. SROGI, as Commissioner of Assessment of the City of Syracuse, Appellant-Respondent.—Orders and judgment unanimously modified and, as modified, affirmed, with costs to petitioner, in accordance with the following memorandum: We find no error in the court's determination of taxable values. The court erred in granting additional allowances under CPLR 8303 in these tax review proceedings (see *Grant Co. v Srogi,* 71 AD2d 457; *Matter of Rice v Srogi,* 70 AD2d 764, 765), and such allowances must be deleted from the orders and judgment. (Appeals from

orders and judgment of Onondaga Supreme Court—Real Property Tax Law, art 7.) Present—Simons, J. P., Schnepp, Callahan and Witmer, JJ.